IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARON CLARKE, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-CV-00800-N |
| PEI WEI ASIAN DINER, LLC, dba PEI WEI ASIAN KITCHEN, | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Agreed Motion to Dismiss With Prejudice (the "Motion"), is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above entitled and numbered case be and same is hereby DISMISSED WITH PREJUDICE to re-filing of same. This is a final order that disposes of all parties and all claims. Each party shall bear its own costs.

Signed January 19, 2024.

_____
David C. Godbey
Chief United States District Judge

SOLO PAGE